**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 13, 2012

Lyle W. Cayce
Clerk

No. 11-60228
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ANTONIO REESE,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:09-CR-103-1

## ON PETITION FOR REHEARING

Before BARKSDALE, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that, consistent, *inter alia*, with the concession by the Government, the petition for rehearing is GRANTED. Accordingly, the sentence-affirmance in our prior opinion is withdrawn, *United States v. Reese*, No. 11-60228, 2012 WL 2505507 (5th Cir. 2012), and this matter is remanded for resentencing in the light of *Dorsey v. United States*, 132 S. Ct. 2321 (2012).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60228

CONVICTION AFFIRMED; SENTENCE VACATED; REMANDED FOR RESENTENCING.